IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN O.M. JONES : CIVIL ACTION
v. :
5 OR MORE OF THE PRESENT PRESIDENT :
OF THE UNITED STATE OF AMERICA THAT GET :
MONEY TO BE PRESIDENT $$ MILLION, et al.: NO. 10-0188

M E M O R A N D U M

KELLY, J. JANUARY 19, 2010

Plaintiff, an inmate, is seeking to bring a civil action without prepayment of fees. Pursuant to 28 U.S.C. § 1915(g), a prisoner who on three or more prior occasions while incarcerated has filed an action in a federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, must be denied in forma pauperis status unless he was in imminent danger of serious physical injury at the time that the complaint was filed. Abdul-Akbar v. McKelvie, 239 F.3d 307 (3d Cir.), cert. denied, 533 U.S. 953 (2001).

There are no allegations in plaintiff's complaint that would suggest that he was in imminent danger of serious physical injury at the time that this action was filed. Furthermore, prior to the filing of the instant case, plaintiff filed three actions, which were dismissed as frivolous.[1]

Accordingly, plaintiff's motion to proceed in forma pauperis will be denied.

---

[1] Civil Action No. 95-6935 was dismissed as frivolous by Order of this Court dated November 13, 1995, Civil Action No. 95-6934 was dismissed as frivolous by Order of this Court dated November 7, 1995 and Civil Action No. 92-7305 was dismissed as frivolous by Order of this Court dated January 6, 1993.