IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN O.M. JONES | : | CIVIL ACTION |
| v. | : | |
| 5 OR MORE OF THE PRESENT PRESIDENT OF THE UNITED STATE OF AMERICA THAT GET MONEY TO BE PRESIDENT $$ MILLION, et al. | : | NO. 10-01... |

FILED
JAN 19 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 19th day of January, 2010, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is **DENIED** pursuant to 28 U.S.C. § 1915(g);

2. The Clerk of Court shall mark this case **CLOSED** statistically.

BY THE COURT:

_____
ROBERT F. KELLY, SR. J.